# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## DOCUMENT REJECTION ORDER

RE:     United States of America vs. Alexandra Bliss aka/Bliss Alexandra

CASE NUMBER: **1:05-cr-541**

Papers Rejected:
   Notice of objection for purposes of appeal and affidavit in support of notice

**ORDERED** that the enclosed papers in the above titled action have been rejected and returned herewith by the Court, for the following reasons listed below.

1. The clerk has been directed to return these documents without filing.

2. The Court cannot accept the papers for filing as the defendant is represented by counsel. All documents must be filed by counsel.

3. Additionally, insofar as the documents are for purposes of appeal, the documents are rejected for filing as premature. Appeal documents may be filed upon imposition of sentence.


IT IS SO ORDERED,

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

July 27, 2006

cc:   Alexandra Bliss
      Sara Lord, AUSA
      James Long, Esq.