# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DOCUMENT REJECTION ORDER

RE:     United States of America vs. Alexandera Bliss aka.Bliss Alexandra

CASE NUMBER: **1:05-cr-541**

Papers Rejected:
  Letter to Court dates 7/31/2006;  Notice of Objection for purposes of appeal and Affidavit in support of Notice with attachments

**ORDERED** that the enclosed papers in the above titled action have been rejected and returned herewith by the Court, for the following reasons listed below.

1. The clerk has been directed to return these documents without filing.

2. The Court cannot accept the papers for filing as the defendant is represented by counsel. All documents MUST be filed by counsel.

3. Insofar as the documents are for purposes of appeal, the documents are rejected for filing as premature.  A notice of appeal may be filed after the imposition of sentence. At that time the Court will prepare the file for transmission to the Second Circuit Court of Appeals.

The Court notes that this is the second time that the defendant has attempted to file the same papers that were previously rejected by the Court on July 27, 2006 and therefore strongly suggests that the defendant abide by the terms of this order.

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

DATED: August 7, 2006

cc: Alexandra Bliss
    Sara Lord, AUSA
    James Long, Esq.