UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                v.                                                    1:05-CR-541
                                                                           (FJS)

ALEXANDRA BLISS a/k/a BLISS
ALEXANDRA a/k/a DARLENE EARLY,

                              **Defendant.**
_____

**APPEARANCES**                                               **OF COUNSEL**

**OFFICE OF THE UNITED**               **JOHN DUNCAN, AUSA**
**STATES ATTORNEY**
100 South Clinton Street
Syracuse, New York 13261-7198
Attorneys for the United States

**OFFICE OF JAMES E. LONG**           **JAMES E. LONG, ESQ.**
668 Central Avenue
Albany, New York 12206
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      In an Order dated May 16, 2008, the Court ordered the Attorney General to return Defendant to the custody of the United States Marshal for transport to Albany, New York. The United States Marshal has informed the Court that Defendant is now in Albany, New York. In light of counsels' agreement that, based upon the medical evaluations that Defendant does not present a danger to herself or others, there is no need to hold a hearing to determine whether Defendant's release would "create a substantial risk of bodily injury to another person or serious damage to property of another . . . .," 18 U.S.C. § 4246(e), the Court hereby

**ORDERS** that the United States Marshal shall release Defendant from custody as soon as possible after he receives this Order; and the Court further

**ORDERS** that Defendant is subject to the following conditions of release: (1) Defendant shall appear at all proceedings as the Court directs; (2) Defendant shall restrict her travel to the Northern District of New York unless she receives prior approval from the Court for travel outside the Northern District of New York; and (3) Defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon; and the Court further

**ORDERS** that the United States Marshal shall provide a copy of this Order to Defendant at the time that he releases her from custody.

**IT IS SO ORDERED.**

Dated: June 12, 2008
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge