IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**Criminal Action No.
1:05-CR-541 (FJS)**

**ALEXANDRA BLISS,**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. <u>05-CR-541</u> against Alexandra Bliss, the defendant.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

_X_ Other:          <u>Legal incapacity to proceed</u>

With respect to this dismissal, defendant (check one):

\_\_\_  Consents

\_\_\_  Objects

_X_  Has not been consulted

This dismissal is without prejudice.

                        ANDREW T. BAXTER
                        Acting United States Attorney

By: John G. Duncan
     Executive Assistant U.S. Attorney
     Bar Roll No. 601100

Leave of court is granted for the filing of the foregoing dismissal.

Dated:   October 29th, 2008

                        Hon. Frederick J. Scullin, Jr.
                        Senior United States District Court Judge